*Judge Hellerstein*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 29 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    INDICTMENT

        v.                             :    **08 CRIM 168**

JEANNETTE RUIZ,                   :

             Defendant.             :

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

1. From at least on or about October 15, 2003, through on or about July 16, 2004, in the Southern District of New York and elsewhere, JEANNETTE RUIZ, the defendant, unlawfully, willfully, and knowingly, did embezzle, misapply, steal, obtain by fraud, false statement, and forgery, and did fail to refund funds, assets, and property provided and insured under subchapter IV of Title 20 of the United States Code and part C of subchapter I of chapter 34 of Title 42 of the United States Code, to wit, RUIZ received federal loans and grants through false statements she made on loan applications which she submitted to receive such federal loans and grants.

(Title 20, United States Code, Section 1097(a).)

## COUNT TWO

The Grand Jury further charges:

2. From at least on or about October 15, 2003, through on or about July 16, 2004, in the Southern District of

New York and elsewhere, JEANNETTE RUIZ, the defendant, unlawfully, willfully, knowingly and with intent to deceive, for the purpose of obtaining for herself payments and any other benefits to which she was not entitled, and for the purpose of obtaining anything of value from any person, and for any other purpose, did falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to her, to wit, RUIZ used a social security number ending in 5513 on applications for loans and grants that in fact was not the social security number assigned to her.

(Title 42, United States Code, Section 408(a)(7)(B).)

### COUNT THREE

The Grand Jury further charges:

3. On or about July 16, 2004, in the Southern District of New York and elsewhere, JEANNETTE RUIZ, the defendant, unlawfully, willingly, and knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code,

Section 1028A(c), to wit, RUIZ fraudulently used the social security number of another person on a federal education loan application, as charged in Count Two of this Indictment.

(Title 18, United States Code, Section 1028A.)

_____
Foreperson

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JEANNETTE RUIZ,

Defendant.

INDICTMENT

08 Cr.

(20 U.S.C. § 1097, 42 U.S.C. § 408,
18 U.S.C. § 1028A.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

2/29/08 Filed Indictment. A/W issued. s/ Case assigned to Judge Hellerstein s/ Mag. Judge Katz