AUSA Daniel S. Goldman
212-637-2289

**08 CRIM 168**

CR-12 (Rev. 6/82)

## WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEANNETTE RUIZ | DOCKET NO.  **08 CRIM 168**   MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>JEANNETTE RUIZ |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

EDUCATION LOAN FRAUD, USE OF FALSE SOCIAL SECURITY NUMBER, AND AGGRAVATED IDENTITY THEFT

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: MAR 0 6 2008

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>20 & 42 & 18 | SECTIONS<br>1097 & 408 & 1028A |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY<br>THEODORE H. KATZ<br>UNITED STATES MAGISTRATE JUDGE<br>SOUTHERN DISTRICT OF NEW YORK | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>*[signature]* | DATE ORDERED<br>2/29/08 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>2/29/08 | NAME AND TITLE OF ARRESTING OFFICER<br>Kristen Frias<br>Special Agent | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* |
|---|---|---|
| DATE EXECUTED<br>3/6/08 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.